```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

WHITNEY REYES.,

               Plaintiff,

-against-

UNITED RECOVERY SYSTEMS, L.P.,

               Defendant.
--------------------------------------------------------------- X

16-CV-2302 (ARR) (SMG)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 10, 2017, from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, this case is dismissed for failure to prosecute.

SO ORDERED.

                                            /s/(ARR)
                                            Allyne R. Ross
                                            United States District Judge

Dated: January 25, 2017
       Brooklyn, New York